PENELOPE COIT et al., Appellants, *v.* ELIZABETH B. MARSHALL
et al., Respondents.

(Argued April 15, 1880; decided June 1, 1880.)

*James W. Gerard* for appellants.

*J. C. Newkirk* for respondents.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

THOMAS TABER, Respondent, *v.* THE DELAWARE, LACKAWANNA
AND WESTERN RAILROAD COMPANY, Appellant.

(Argued April 16, 1880; decided June 1, 1880.)

*Isaac S. Newton* for appellant.

*O. W. Chapman* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

OSCAR F. RUSS, Appellant, *v.* THE TROY & BOSTON RAIL
ROAD COMPANY, Respondent.

(Argued April 19, 1880; decided June 1, 1880.)

*E. Countryman* for appellant.

*Esek Cowen* for respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.